Entered: April 7th, 2021
Signed: April 6th, 2021
**SO ORDERED**



Nancy V. Alquist
U. S. BANKRUPTCY JUDGE

## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF MARYLAND
### Baltimore District

| | |
|---|---|
| IN RE:<br><br>Cherelle Yarbrough<br>aka Cherelle Rayam<br>   Debtor(s) | Bankruptcy No. 18-15385<br>Chapter 13 |
| Caliber Home Loans, Inc.<br>   Movant<br><br>VS.<br><br>Cherelle Yarbrough<br>aka Cherelle Rayam<br>And<br>Jemell L. Rayam<br>   Co-Debtor<br>      Respondent(s) | |

### CONSENT ORDER MODIFYING AUTOMATIC STAY

1. That the debtor herein filed a Voluntary Petition for Relief under Chapter 13 of Title 11 of the U.S. code on or about April 23, 2018, thus initiating case number 18-15385.

2. The movant Caliber Home Loans, Inc. filed its Motion for Relief from the Automatic Stay on or about March 18, 2021.

3. That the co-debtor, Jemell L. Rayam, has not filed a response or opposition to the Movant's Motion for Relief and therefore any Co-Debtor Stay imposed by 11 U.S.C. § 1301 be and is TERMINATED as of the date of entry of this Order.

LAW OFFICES OF
JEFFREY NADEL
4041 POWDER MILL ROAD
SUITE 200
CALVERTON, MD 20705
240-473-5000

FILE NUMBER: 22354

4. That the total post-petition arrearages due the movant through and including the April 1st, 2021 installment and attorney's fees and costs, excluding the delinquent real estate taxes and water and sewer charges, if any, are SIX THOUSAND SEVEN HUNDRED FORTY FOUR DOLLARS AND EIGHTY NINE CENTS ($6,744.89). The total post-petition arrearage is composed of the following: 3 months (February 2021 through April 2021) at $2,327.15, and attorney's fees of $850.00 and filing fees and associated costs of $188.00, less suspense of $1,274.56.

5. That beginning on May 1st, 2021 and continuing each month thereafter on the FIRST (1st) day of each month pursuant to the Deed of Trust entered into between the parties, the debtor agrees to pay Caliber Home Loans, Inc., servicer for the Movant at, Caliber Home Loans, Inc., P.O. Box 650856, Dallas, TX 75265-0856, its correct regular monthly mortgage payment until the Deed of Trust is satisfied. In the event that the debtors are notified of a change in lender or servicer, the debtor shall make their payments in accordance with such notice given by the lender.

6. That the debtor further agrees that on May 15th, 2021, they shall pay to Caliber Home Loans, Inc. the sum of THREE HUNDRED SEVENTY FOUR DOLLARS AND SEVENTY TWO CENTS ($374.72), and shall pay such sum (hereinafter sometimes referred to as "Stipulation Payments") each and every month on the 15th day of the month for a total period of EIGHTEEN (18) MONTHS, except the 18th and final payment shall be in the amount of THREE HUNDRED SEVENTY FOUR DOLLARS AND SIXTY FIVE CENTS ($374.65), as payment in full of the remaining post-petition arrearages.

7. That the debtor shall pay all delinquent real estate taxes and water and sewer charges on the subject property, if any, by July 1, 2021, and thereafter shall pay all real estate and water and sewer charges, if any, on a timely basis, and shall promptly supply evidence of such payment to the Movant. In the event, however, that such delinquent real estate taxes and water and sewer charges, if any, are included in the debtor's Chapter 13 plan and same has been confirmed, then and in that event, so long as the payments to the plan remain current and proper payments from the Plan are made towards such taxes and water and sewer charges, and so long as current taxes and water and sewer charges are paid timely, the provisions of this paragraph shall be deemed to have been fulfilled.

8. If the debtor defaults upon the terms enunciated in this Consent Order, ten (10) days following certification and service by first class mail of an Affidavit of Default upon the debtors, debtor's attorney and this Court that the debtors and/or co-debtors have not fulfilled the terms of this Consent Order, the automatic stay imposed by 11 U.S.C. Section 362 and any Co-Debtor Stay imposed by 11 U.S.C. § 1301 shall be deemed terminated immediately without further order of this court so as to permit the movants to proceed under applicable non-bankruptcy law with a foreclosure sale and recordation of the Trustee's Deed concerning the property known as 9539 Elizabeth Howe Lane, Owings Mills, MD 21117 and further known as tax account #02-2500011810 in Baltimore County, Maryland and obtain possession of the property and/or proceed to enter into a Deed in Lieu of Foreclosure and/or other loss mitigation on the subject real property. The automatic stay shall also be lifted so as to allow the successful purchaser to take whatever legal action is necessary to obtain possession of the above-mentioned property pursuant to Maryland law.

9. That the parties agree that if the debtors convert this case to a Chapter 7, the automatic stay provided for by Section 362 (a) of the United States Bankruptcy code is lifted as to the debtor's and co-debtor's interest.

10. If the debtor within ten (10) days following service by first class mail of an

Law Offices of
Jeffrey Nadel
4041 Powder Mill Road
Suite 200
Calverton, MD 20705
240-473-5000

File Number: 22354

Affidavit of Default, delivers the payments required to bring the debtors current pursuant to this Consent Order plus attorneys fees then due for preparation and filing of the Affidavit of Default, then the automatic stay shall be deemed continued unless the debtors default pursuant to the terms of this Consent Order at a future date. Caliber Home Loans, Inc. is a secured creditor secured by a Deed of Trust recorded in the land records of Baltimore County, Maryland in Liber 0035876, Folio 367. This Consent Order applies to any successor-in-interest to Caliber Home Loans, Inc.

11. It is further agreed that if the debtor defaults pursuant to the terms of this Consent Order on more than TWO (2) occasions, he/she/they shall not be entitled to bring the account current pursuant to paragraph number TEN (10) of this Consent Order.

12. The debtor acknowledges that she is Pro Se in this matter, that is to say, she represents herself without the benefit of counsel. Notwithstanding this, however, the Debtor acknowledges that she has had ample opportunity to have counsel of her choice review this Consent Order prior to execution. The debtor further declares that she is signing this Consent Order of her own free will and consent, she is under no disability, has not been under any duress to enter into this Consent Order, and has had ample opportunity to consult with counsel of her choice prior to entering into this Consent Order.

13. If the subject of this Consent Order is a Deed of Trust which is junior to a senior deed of trust or mortgage, in the event that the Stay is lifted as to such senior lien, then and in that event, the Stay shall automatically be lifted as to the subject Deed of Trust covering this Consent Order, immediately upon the lifting of the Stay of the senior lien, with no further notice or Order of Court required.

14. It is further agreed that the fourteen (14) day stay of the relief from stay pursuant to Rule 4001 (a) (3) is hereby waived.

15. In the event of foreclosure, the Movant shall comply with Local Bankruptcy Rule 4001-3.

By: /s/ Scott E. Nadel
Scott E. Nadel, Esquire
Scott E. Nadel 16027
4041 Powder Mill Road, Suite 200
Calverton, MD 20705
Attorney for Movant

By: _____
Cherelle Yarbrough
9539 Elizabeth Howe Lane
Owings Mills, MD 21117
Pro Se Debtor

I HEREBY CERTIFY that the terms of the copy of the consent order submitted to the Court are identical to those set forth in the original consent order; and the signatures represented by the /s/_____ on this copy reference the signatures of consenting parties on the original consent order.

/s/ Scott E. Nadel

LAW OFFICES OF
JEFFREY NADEL
4041 POWDER MILL ROAD
SUITE 200
CALVERTON, MD 20705
240-473-5000

FILE NUMBER: 22354

Copies to:

Jemell L. Rayam
9539 Elizabeth Howe Lane
Owings Mills, MD 21117

Jemell L. Rayam
104 Vickers Drive, Unit A
Chestertown, MD 21620

Cherelle Yarbrough
9539 Elizabeth Howe Lane
Owings Mills, MD 21117

Robert S. Thomas, II, Trustee
300 E Joppa Road, Suite 409
Towson, MD 21286

Scott E. Nadel, Esq.
4041 Powder Mill Road, Suite 200
Calverton, MD 20705

END OF ORDER

LAW OFFICES OF
JEFFREY NADEL
4041 POWDER MILL ROAD
SUITE 200
CALVERTON, MD 20705
240-473-5000

FILE NUMBER: 22354